

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-17-00137-CV

**IN THE INTEREST OF T.A.P., JR. ET AL. CHILDREN**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA02543
Honorable Richard Garcia, Judge Presiding

# O R D E R

On May 3, 2017, appellant's brief was filed. The brief violates Rule 9.8(b) of the Texas Rules of Appellate Procedure because the order of termination contained in the appendix to the brief does not redact the minor's names. *See* TEX. R. APP. P. 9.8(b). It is therefore ORDERED that the brief filed by the appellant is STRICKEN from our record. It is FURTHER ORDERED that appellant file an amended brief containing a redacted order in the appendix no later than ten days from the date of this order. Because appellee has been served with a copy of the brief, this order does not affect the May 23, 2017 deadline for the filing of the appellee's brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court